IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-138 |
| | ) | **[UNDER SEAL]** |
| KENDRICK B. HARRISON | ) | (18 U.S.C. §§ 2, 371, 2312, and 2314) |
| ROBERT J. MILLER | ) | |
| AMMAR FAIR | ) | |
| JOQAVIUS WRIGHT | ) | |
| TAZMINE OLIVER | ) | |

FILED

MAR 31 2021

**INDICTMENT**

COUNT ONE

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

THE CONSPIRACY AND ITS OBJECTS

From in and around July of 2019, and continuing thereafter to in and around March of 2021, in the Western District of Pennsylvania, defendants KENDRICK B. HARRISON, ROBERT J. MILLER, AMMAR FAIR, JOQAVIUS WRIGHT and TAZMINE OLIVER, and persons known and unknown to the grand jury, did knowingly and willfully conspire and agree, together and with each other, to commit offenses against the United States, namely, Interstate Transportation of Stolen Motor Vehicles, in violation of Title 18, United States Code, Section 2312, and Interstate Transportation of Stolen Property, in violation of Title 18, United States Code, Section 2314.

MANNER AND MEANS OF THE CONSPIRACY

1.      It was part of the conspiracy that defendants KENDRICK B. HARRISON, ROBERT J. MILLER, AMMAR FAIR, JOQAVIUS WRIGHT and TAZMINE OLIVER agreed that KENDRICK B. HARRISON and other members of the conspiracy known and unknown to the grand jury would travel to various locations in North Carolina, South Carolina, Connecticut,

Kentucky and Pennsylvania in order to steal and transport stolen motor vehicles, and to steal and transport other stolen property items valued in excess of $5,000.

2.      It was further part of the conspiracy that, after stealing the motor vehicles and other property items, the coconspirators used the stolen motor vehicles to transport the stolen items, which stolen items would be delivered to defendant ROBERT J. MILLER, at his residence and property in or around Homosassa, Florida, or at other designated meeting places.

3.      It was further part of the conspiracy that defendant ROBERT J. MILLER would sell the stolen items and use the proceeds of those sales to pay other coconspirators.

<u>OVERT ACTS</u>

4.      In furtherance of the conspiracy, and to effect the objects of the conspiracy, defendants KENDRICK B. HARRISON, ROBERT J. MILLER, AMMAR FAIR, JOQAVIUS WRIGHT and TAZMINE OLIVER, and coconspirators known and unknown to the grand jury, committed and caused to be committed the following overt acts in the Western District of Pennsylvania and elsewhere:

a.      On or about July 4-5, 2019, defendants KENDRICK B. HARRISON, JOQAVIUS WRIGHT, AMMAR FAIR and other coconspirators known and unknown to the grand jury, stole metal and metal products from Central Wire Industries in or around Lancaster, SC.

b.      On or about August 25, 2019, defendant KENDRICK B. HARRISON and other coconspirators known and unknown to the grand jury stole metal and metal products from Special Metals Welding Products in or around Newton, NC.

2

c.      On or about March 15, 2020, defendant KENDRICK B. HARRISON and other coconspirators known and unknown to the grand jury attempted to steal metal and metal products from Haynes Wire in or around Henderson County, NC.

d.      On or about April 11-14, 2020, defendant KENDRICK B. HARRISON and other coconspirators known and unknown to the grand jury attempted to steal metal and metal products from Central Wire Industries in or around Lancaster, SC.

e.      On or about September 7, 2020, defendant KENDRICK B. HARRISON and other coconspirators known and unknown to the grand jury stole metal and metal products from Ametek in or around Wallingford, CT.

f.      On or about October 3, 2020, defendant KENDRICK B. HARRISON and other coconspirators known and unknown to the grand jury stole a 2017 Freightliner box truck in or around Crafton, PA.

g.      On or about October 4, 2020, defendant KENDRICK B. HARRISON and other coconspirators known and unknown to the grand jury stole metal and metal products from Ametek in or around North Strabane Township and Eighty-Four, PA.

h.      On or about February 28, 2021, defendant KENDRICK B. HARRISON and other coconspirators known and unknown to the grand jury stole metal and metal products from Welding Alloys in or around Florence, KY.

i.      In and around the first week of March of 2021, defendants ROBERT J. MILLER and TAZMINE OLIVER travelled to Georgia to meet with defendant KENDRICK B. HARRISON and take delivery of the items stolen from Welding Alloys in or around Florence, KY.

In violation of Title 18, United States Code, Section 371.

3

<u>COUNT TWO</u>

The grand jury further charges:

On or about October 4-5, 2020, in the Western District of Pennsylvania, and elsewhere, defendants KENDRICK B. HARRISON and ROBERT J. MILLER did unlawfully transport and cause to be transported, in interstate commerce, from the Western District of Pennsylvania to a location in the State of West Virginia, and then eventually to the State of Florida, stolen property with a value in excess of $5,000, including metal and metal products, stolen from Ametek in or around North Strabane Township and Eighty-Four PA, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2 and 2314.

<u>COUNT THREE</u>

The grand jury further charges:

On or about October 4-5, 2020, in the Western District of Pennsylvania, and elsewhere, defendants KENDRICK B. HARRISON and ROBERT J. MILLER did unlawfully transport and cause to be transported, in interstate commerce, from the Western District of Pennsylvania to a location in the State of West Virginia, a stolen motor vehicle, namely a 2017 Freightliner box truck, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2 and 2312.


A True Bill,


Foreperson


STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108

5